In the United States District Court
for the Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| Adela Knight, Dan Lewallen, Paul Meyer, Zhihong Tang, *and* Michael Wu, Plaintiffs, <br><br> v. <br><br> Robinson Ridge Homeowners' Association, Inc., Alex Romero, Ben (Benito) Gonzalez, Kacie Packer, Kim Rivers, a/k/a Kimberly S. Wilson, Candiss Young, *and* 4CSons Group, LLC, d/b/a 4Sight Property Management, Defendants. | § § § § § § § § § § § § § § § | Civil Action No.: 4:20-cv-624 <br><br> JURY |

**Order Granting Defendants' Rule 12(b)(6) Motion to Dismiss with Brief in Support**

This Court is of the opinion that Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint for failure to state a claim, with Brief in Support, is with merit and should be GRANTED in all respects.

It is therefore ORDERED that all claims and causes of action asserted by Plaintiffs Adela Knight, Dan Lewallen, Paul Meyer, Zhihong Tang, and Michael Wu against Defendants Robinson Ridge Homeowners' Association, Inc., Alex Romero, Ben (Benito) Gonzalez, Kacie Packer, Kimberly S. Wilson-Rivers (Kim Rivers, a/k/a Kimberly S. Wilson), Candiss Young, and 4CSons Group, LLC d/b/a 4Sight Property Management are DISMISSED.